# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jonathan G. Raudenbush                    Docket No. 5:10-MJ-1127-1

### Petition for Action on Probation

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment of Jonathan G. Raudenbush, who, upon an earlier plea of guilty to Driving While Impaired- Level 5 in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 and Speeding 59/50 in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-141 (j1), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on November 2, 2010, to a 12- month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a routine office visit with the probation officer on June 10, 2011, Mr. Raudenbush submitted a urine sample that tested positive for amphetamines. He signed an admission of drug use form acknowledging his use of Adderall (non-prescribed) on June 10, 2011. In order to test the defendant for controlled substances more frequently and to possibly refer for drug counseling/treatment if additional use is detected, we would recommend that the conditions of probation be modified to include the standard drug counseling/treatment condition.

Jonathan G. Raudenbush
Docket No. 5:10-MJ-1127-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.
>
> Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matthew Smith
Matthew Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: June 10, 2011

## ORDER OF COURT

Considered and ordered this 13 day of June, 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge